1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY SCHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  MARLA K. LETELLIER, CSBN 234969
5  Special Assistant United States Attorney
         Social Security Administration
6        160 Spear Street, Suite 800
7        San Francisco, CA  94105
         Telephone: (415) 977-8928
8        Facsimile: (415) 744-0134
9        Email: Marla.Letellier@ssa.gov
   Attorneys for Defendant
10

11              UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA
13

14 | BUNMEE ROMERO,                  | No. 8:15-cv-01508-MRW
15 |                                 |
16 |         Plaintiff,              | JUDGMENT OF REMAND
17 |    v.                           |
18 |                                 |
19 | CAROLYN W. COLVIN, Acting       |
   | Commissioner of Social Security,|
20 |                                 |
21 |         Defendant.              |

1  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: June 21, 2016

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

Proposed Order re Stipulation for Extension of Briefing Schedule

1